12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Petition and Order for Warrant for Offender Under Supervision

Name of Offender:  **Michael Navarro-Turcio**              Docket Number:  **2:18CR00015-001**

Name of Sentencing Judicial Officer:     **Honorable Robert J. Shelby**
                                         **Chief U.S. District Judge**

Date of Original Sentence:  **September 4, 2019**
Original Offense:  **Possession of Heroin with Intent to Distribute**
Original Sentence:  **25 Months' Bureau of Prisons Custody/ 48 Months' Supervised Release**

Type of Supervision:  **Supervised Release**            Supervision Began:  **September 26, 2019**

### PETITIONING THE COURT

☒  To issue a warrant to be placed as a detainer and toll the supervision term
   In custody: District of Arizona, Tucson, Arizona

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about January 31, 2021, the defendant committed another federal, state, or local crime to wit: illegally reentered the United States.

Evidence in support of the above-stated allegation is contained in information obtained from the U.S. District Court, District of Arizona, Tucson Division, Case 4:21-mj-04294EJM.

I declare under penalty of perjury that the foregoing is true and correct.

*(signature)*
by Maria EA Sanchez
Supervisory U.S. Probation Officer
February 3, 2021

### THE COURT ORDERS:

☒ The issuance of a warrant be placed as a detainer and tolling of the supervision term
☐ The issuance of a summons
☐ No action
☐ Other

*(signature)*
Honorable Robert J. Shelby
Chief United States District Judge
Date: 2/3/2021